SYLVIA ROMANOFF *vs.* RAYMOND D. BALCOM. January 19, 1976. The complaint was properly dismissed under Mass.R.Civ.P. 12(b)(6), 365 Mass. 755 (1974). No claim is stated for deceit (see *Graphic Arts Finishers, Inc.* v. *Boston Redevelopment Authy.* 357 Mass. 40, 44 [1970]) or negligent misrepresentation (see *Craig* v. *Everett M. Brooks Co.* 351 Mass. 497, 499-501 [1967]) because the plaintiff made the loan prior to the alleged misrepresentation and could not have relied on the rep-

resentation. Nor is there stated a claim against the defendant individually on the alleged corporate assumption of Patterson's debt. The facts alleged do not bring the case within the exception to the third-party beneficiary rule for money held for creditors (*Exchange Bank* v. *Rice,* 107 Mass. 37, 42 [1871]) or indicate grounds for liability under G. L. c. 156B, §§ 61, 63.

*Judgment affirmed.*

The case was submitted on briefs.
*Marc S. Alpert* for the plaintiff.
*John R. Hicinbothem* for the defendant.